**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

LINGLING FAN,

Plaintiff,

-against-

24 **CIVIL** 8911 (MKV)

**JUDGMENT**

ANCHOR GENERAL INSURANCE COMPANY,

Defendant.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 23, 2026, Plaintiff's Amended Complaint is DISMISSED without prejudice to refiling in an appropriate venue; accordingly, the case is closed.

**Dated:** New York, New York
September 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**